IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DALE LESTER WEAVER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   Civil Action No. 11-00152-WS-N |
| | ) |
| TONY PATTERSON, | ) |
| | ) |
| Respondent. | ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 19, 2012, is **ADOPTED** as the opinion of this Court.

**DONE** this 3rd day of July, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE