IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DALE LESTER WEAVER,                    )
                                       )
          Petitioner,                  )
                                       )
vs.                                    )          Civil Action No. 11-00152-WS-N
                                       )
TONY PATTERSON,                        )
                                       )
          Respondent.                  )

JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED**

and **DECREED** that defendant's petition for writ of habeas corpus pursuant to 28 U.S.C.

§ 2254 be **DENIED** and **DISMISSED with prejudice**.  Petitioner is not entitled to a

certificate of appealability or to appeal in forma pauperis .

**DONE** this 3rd  day of July, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE